# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2309

_____

| | | |
|---|---|---|
| Ernest Sam Kojo-Kwarteng, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Washington University; Washington | * | Eastern District of Missouri. |
| University Police Department; Denise | * | |
| Doner; Robert Browning; Otha | * | [UNPUBLISHED] |
| Overholt, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:   December 7, 1998

Filed:   December 16, 1998

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD
        ARNOLD, Circuit Judges.

_____

PER CURIAM.

Ernest Sam Kojo-Kwarteng appeals from the final judgment entered in the
District Court[1] for the Eastern District of Missouri granting summary judgment in
favor

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern
District of Missouri.

of his former employer, Washington University, in Kwarteng's employment discrimination suit. Upon a thorough review of the record and the parties' briefs, we conclude that the grant of summary judgment was warranted. Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.